**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

IRENE KOCHUTIN, Individually,
and as Parent and Next Friend
of A.K.,
        Plaintiff,

Case Number 3:08-cv-00195-RRB

v.

DELORES ASKOAK, et al,
        Defendant.

**JUDGMENT IN A CIVIL CASE**

\_\_ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_XX_ **DECISION BY COURT.** This action came before the court. The issues have been duly considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED:

      THAT this case is remanded to Alaska State Court.

APPROVED:

s/RALPH R. BEISTLINE
RALPH R. BEISTLINE
United States District Judge

  JUNE 14, 2011
Date

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

      MARVEL HANSBRAUGH
      Marvel Hansbraugh,
      Clerk of Court

[308cv195RRB Proposed Judgment.wpd]{JMT2.WPT*Rev.3/03}